**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF NEVA OESCHGER, DECEASED | : | No. 446 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: WILLIAM OESCHGER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.